DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-0PT2, ASSET BACKED CERTIFICATES, SERIES 2006-0PT2,<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LISA FAHRNLAENDER, an individual; NEVADA ASSOCIATION SERVICES, INC. a Nevada Corporation; MARAVILLA at MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DOES 1 through 10; and ROE CORPORATIONS **11** through 20,<br><br>Defendants. | Case No. 2:16-cv-02045-RFB-CWH<br><br>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** |

SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006- 0PT2, ASSET BACKED CERTIFICATES, SERIES 2006-0PT2, ("HSBC" or "Bank"), an out-of-state resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand within the time limited for

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or more persons, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action . . . or the plaintiff may deposit $500 with the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is required, or of an order for new or additional security, upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS 18.130(4).

"It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp*., 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986).)

Here HSBC is not a Nevada citizen, but rather a national banking association organized under the laws of the United States, with its main office located in Virginia, and its principal office located in New York. Accordingly, SFR demands that the Bank post a $500 cost bond within 30 days and that the proceedings be stayed until such cost bond is posted. Should the Bank fail to comply with the requirements of NRS 18.130 within 30 days, SFR requests this action be dismissed.

DATED September 23, 2016.

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 30th day of September, 2016.

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1),** to the following parties:

Jeffrey S Allison
Mark Hutchings
Houser & Allison APC
3900 Paradise Road, Suite 101
Las Vegas, NV 89169
702-410-7593
Fax: 702-410-7594
Email: jallison@houser-law.com
Email: mhutchings@houser-law.com

*Counsel for HSBC Bank, National Association, as Trustee on behalf of*
*SB Mortgage Securities Trust 2006-OPT2, Asset Backed Certificates, Series 2006-OPT2*

    */s/ Alan G. Harvey*
    An employee of KIM GILBERT EBRON

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 3 -