1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

9                   **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11  HSBC BANK USA, NATIONAL                    Case No.:  2:16-cv-02045-RFB-CWH
    ASSOCIATION, AS TRUSTEE FOR SG
12  MORTGAGE SECURITIES TRUST 2006-
    0PT2, ASSET BACKED CERTIFICATES,           **STIPULATION AND ORDER TO STAY**
13  SERIES 2006-0PT2,                                  **PROCEEDINGS**
                                                    **(First Request)**
14                        Plaintiff,

15  vs.

16  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company; LISA
17  FAHRNLAENDER, an individual; NEVADA
    ASSOCIATION SERVICES, INC. a Nevada
    Corporation; MARAVILLA at MOUNTAIN'S
18  EDGE HOMEOWNERS ASSOCIATION, a
    Nevada non-profit corporation; DOES 1
19  through 10; and ROE CORPORATIONS 11
    through 20,
20
                          Defendants.
21  _____

22  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company,
23
                     Counter/Cross Claimant,
24
    vs.
25  HSBC BANK USA, NATIONAL
    ASSOCIATION, AS TRUSTEE FOR SG
26  MORTGAGE SECURITIES TRUST 2006-
    0PT2, ASSET BACKED CERTIFICATES,
27  SERIES 2006-0PT2; and LISA
    FAHRNLAENDER, an individual,
28

*Sidebar (left margin):* **KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 1 -

Counter/Cross Defendants

1

2    Plaintiff HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG

3  MORTGAGE SECURITIES TRUST 2006- 0PT2, ASSET BACKED CERTIFICATES, SERIES

4  2006-0PT2 ("HSBC"), Defendant MARAVILLA at MOUNTAIN'S EDGE HOMEOWNERS

5  ASSOCIATION ("Association"), and Defendant SFR Investments Pool 1, LLC ("SFR"), by and

6  through their respective counsel, hereby agree and stipulate as follows:

7    IT IS HEREBY AGREED AND STIPULATED, that the parties jointly request an Order

8  administratively staying this case pending exhaustion of all appeals in *Bourne Valley Court Trust*

9  *v. Wells Fargo Bank,* No. 15-15233 (9th Cir. Aug. 12, 2016).  The parties agree that within 30

10  days of the exhaustion of all appeals in *Bourne Valley Court Trust v. Wells Fargo Bank,* No. 15-

11  15233 (9th Cir. Aug. 12, 2016), the parties shall meet and confer and submit to the Court a

12  stipulated discovery plan and scheduling order.

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -

The parties believe a stay of the matter to be appropriate to conserve judicial resources. The parties have entered into the agreement in good faith and not for purposes of delay.

| | |
|---|---|
| Dated this 18th day of November, 2016. | Dated this 18th day of November, 2016. |
| **KIM GILBERT EBRON** | **HOUSER & ALLISON, APC** |
| */s/ Diana Cline Ebron*<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada  89139<br>Phone: (702) 485-3300<br>Fax:    (702) 485-3301<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Mark H. Hutchings*<br>Jeffrey S. Allison, Esq.<br>Nevada Bar No. 8949<br>Mark H. Hutchings, Esq.<br>Nevada Bar No. 12783<br>3900 Paradise Road, Suite 101<br>Las Vegas, NV 89169<br>Phone: (702) 410-7593<br>Fax:    (702) 410-7594<br>*Attorneys for HSBC Bank, National Association* |
| Dated this 18th day of November, 2016. | |
| **LEACH JOHNSON SONG & GRUCHOW** | |
| */s/ Ryan W. Reed*<br>Ryan Warren Reed, Esq.<br>Nevada Bar No. 11695<br>Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>8945 W. Russell Rd., Ste. 330<br>Las Vegas, NV 891148<br>Phone:  702-538-9074<br>Fax:     702-538-9113<br>*Attorneys for Maravilla at Mountain's Edge Homeowners Association* | |

**ORDER**

IT IS SO ORDERED, that all pending motions are denied without prejudice and with leave to refile after the stay is lifted.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 29th day of November, 2016.

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 3 -

Respectfully submitted:


_/s/ Diana Cline Ebron_
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
Phone: (702) 485-3300
Fax:     (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301