DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-0PT2, ASSET BACKED CERTIFICATES, SERIES 2006-0PT2,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; LISA FAHRNLAENDER, an individual; NEVADA ASSOCIATION SERVICES, INC. a Nevada Corporation; MARAVILLA at MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; DOES 1 through 10; and ROE CORPORATIONS 11 through 20, Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-0PT2, ASSET BACKED CERTIFICATES, SERIES 2006-0PT2; and LISA FAHRNLAENDER, an individual,<br><br>Counter/Cross Defendants. | Case No. 2:16-cv-02045-RFB-DJA<br><br>**ORDER QUIETING TITLE IN FAVOR OF SFR INVESTMENTS POOL 1, LLC AND AGAINST HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006-0PT2, ASSET BACKED CERTIFICATES, SERIES 2006-0PT2 and LISA FAHRNLAENDER; GRANTING SFR'S and MARAVILLA at MOUNTAIN'S EDGE HOMEOWNERS ASSOCIATION'S MOTIONS FOR SUMMARY JUDGMENT; and DENYING HSBC BANK'S MOTIONS FOR SUMMARY JUDGMENT** |

On August 29, 2019, the Court heard the following motions: [ECF No. 43] SFR

- 1 -

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1  Investments Pool 1, LLC's ("SFR") Motion for Default Judgment against Lisa Fahrnlaender; [ECF

2  Nos. 54, 55, and 56] SFR's Emergency Motion to Strike; [ECF No. 44] SFR's Motion for Summary

3  Judgment; [ECF No. 45] Maravilla at Mountain's Edge Homeowner's Association ("Association")

4  Motion for Summary Judgment; and [ECF Nos. 50 and 51] HSBC BANK USA, NATIONAL

5  ASSOCIATION, AS TRUSTEE FOR SG MORTGAGE SECURITIES TRUST 2006- 0PT2,

6  ASSET BACKED CERTIFICATES, SERIES 2006-0PT2's ("HSBC Bank") Motion for Summary

7  Judgment. Jeffrey Allison, Esq. appeared on behalf of HSBC Bank, Diana S. Ebron, Esq. appeared

8  on behalf of SFR, and Ryan Reed, Esq. appeared on behalf of the HOA.

9  Having considered the briefing by the parties and argument of counsel, for the reasons
10 stated on the record and good cause appearing, the Court orders as follows:

11 **IT IS ORDERED** that [ECF No. 43] SFR's Motion for Default Judgment is GRANTED
12 against Lisa Fahrnlaender in favor of SFR on its quiet title/declaratory relief claim.

13 **IT IS FURTHER ORDERED** that [ECF Nos. 54, 55, and 56] SFR's Emergency Motion
14 to Strike is DENIED as moot.

15 **IT IS FURTHER ORDERED** that [ECF No. 44] SFR's Motion for Summary Judgment
16 and [ECF No. 45] Association's Motion for Summary Judgment are GRANTED, and [ECF Nos.
17 50 and 51] HSBC Bank's Motion for Summary Judgment is DENIED.

18 **IT IS FURTHER ORDERED** that 1) title to real property located at **8647 Canfield**
19 **Canyon, Las Vegas, NV 89178; Parcel No. 176-29-610-029 (the "Property")** is quieted in the
20 name of SFR; (2) the Deed of Trust recorded in the Official Records of the Clark County Recorder
21 as Instrument No. 200607120003955 was extinguished by the Association's foreclosure sale and
22 cannot be revived; and (3) HSBC Bank, Fahrnlaender, and anyone acting on their behalf, are
23 permanently enjoined from any sale, transfer or other action that would interfere with SFR's title
24 to and possession of the Property.

25 ///
26 ///
27 ///
28 ///

**IT IS FURTHER ORDERED** that after any allowable costs of the $102.20 requested by SFR pursuant to its Bill of Costs [ECF No. 77] taxed against HSBC Bank are released to SFR , the balance of the $500.00 cost bond deposited by HSBC Bank on October 3, 2016 [ECF No. 13] plus interest shall be released to HSBC Bank, care of its Counsel, Jeffrey S. Allison, Esq. of Houser & Allison, 6671 S. Las Vegas Blvd., Building D, Ste. 210, Las Vegas, Nevada 89119.

DATED this 10th day of May, 2021.
*nunc pro tunc,* dated October 10, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
(702) 485-3300
(702) 485-3301 (fax)
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -