# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC Bank USA, National Association, | DEFAUT JUDGMENT IN A CIVIL CASE |
| Plaintiff, <br> v. | Case Number:  2:16-cv-02045-RFB-DJA |
| SFR Investments Pool 1, LLC, et al, | |
| Defendants. | |

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against Lisa Fahrnlaender and in favor of SFR on its quiet title/declaratory relief claim.

| | |
|---|---|
| 5/11/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ M. Reyes |
| | Deputy Clerk |